# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## OFFICE OF THE CLERK

**JESSICA LYUBLANOVITS**
CLERK OF COURT
1 N PALAFOX STREET
PENSACOLA, FLORIDA 32502
850.435.8440
850.433.5972 FAX

**RICHARD MILDENBERGER**
CHIEF DEPUTY CLERK
111 N. ADAMS STREET
TALLAHASSEE, FLORIDA 32301-7717
850.521.3501
850.521.3656 FAX

*Visit our web site at www.flnd.uscourts.gov*

Reply to: Pensacola Division

**December 18, 2017**

**BILLY ANDREW**
133863
SUWANNEE CORRECTIONAL INSTITUTION
5964 US HWY 90
LIVE OAK, FL 32060

RE:    Letter of Inquiry
       Case #3:16-cv-00666-LC-EMT

Mr. Andrew -

This letter is in response to your inquiry we received 12/18/2017 regarding the status of your case. Your case is under review by the Magistrate Judge and you will receive copies of any order(s) as they are entered. Please keep the court informed of any address changes to ensure you receive any correspondence from this office.

Sincerely,
JESSICA J. LYUBLANOVITS
CLERK OF COURT

/s/ *M. Broussard*
By: Deputy Clerk

---

*The mission of the Office of the Clerk of the Northern District of Florida is to provide superior service to the public and the Court.*

Gainesville Division
401 SE 1st Avenue
Gainesville, Florida 32601
352.380.2400
352.380.2424 FAX

Pensacola Division
1 N. Palafox Street
Pensacola, Florida 32502-5658
850.435.8440
850.433.5972 FAX

Tallahassee Division
111 N. Adams Street
Tallahassee, Florida 32301-7717
850.521.3501
850.521.3656 FAX

Panama City Division
30 W. Government Street
Panama City, Florida 32401
850.769.4556
850.769.7528 FAX